```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-17452-elf
Wayne Robert Stamp                                              Chapter 7
Stacy McGarr Stamp
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: DonnaR              Page 1 of 1             Date Rcvd: Dec 27, 2019
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2019.
db/jdb         +Wayne Robert Stamp,    Stacy McGarr Stamp,    202 Paper Mill Circle,
                Lincoln University, PA 19352-9436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2019 at the address(es) listed below:
              CHRISTINE C. SHUBERT     christine.shubert@comcast.net,  J100@ecfcbis.com
              JEFFREY P. BRYMAN    on behalf of Joint Debtor Stacy McGarr Stamp jpb@bfmllaw.com
              JEFFREY P. BRYMAN    on behalf of Debtor Wayne Robert Stamp jpb@bfmllaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | WAYNE ROBERT STAMP | : | Chapter 7 |
| | STACY MCGARR STAMP, | : | |
| | | : | |
| | Debtors | : | Bky. No. 19-17452 ELF |

# O R D E R

**AND NOW,** this case having been commenced on **November 4, 2019**,

**AND**, the Debtor having made an initial request for an extension of time to file the schedules, statements and other required documents having been previously requested and granted,

**AND**, the Debtor's initial request having been granted by the court,

**AND**, the Debtor having failed to file the required documents within the extended period,

**AND**, the Debtor having filed a **Motion for Second Extension of Time to File Schedules, Statements and Other Required Documents** ("the Motion"),

**AND**, the Debtor having failed to set forth a factual basis in the Motion justifying the granting of a further extension of time,

It is hereby **ORDERED** that:

1. The Motion is **DENIED**.

2. **If all of the required documents are not filed on or before January 2, 2020, this case may be DISMISSED without further notice**.

Date:  December 27, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**