# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 19-17452-ELF |
| WAYNE ROBERT STAMP AND ) | CHAPTER 7 |
| STACY MCGARR STAMP ) | |
| DEBTORS ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 202 PAPER MILL CIR, LINCOLN UNIVERSITY, PA 19352 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******2224**

NOW COMES Wells Fargo Bank, N.A., by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Andrew Spivack
Brock and Scott, PLLC
Attorneys at Law
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
PABKR@brockandscott.com

Wells Fargo Bank, N.A.
3476 Stateview Blvd
Fort Mill, South Carolina 29715

Please take notice that the undersigned hereby appears as counsel for Wells Fargo Bank, N.A. pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor

20-12697 BKSUP01




with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

                RESPECTFULLY SUBMITTED,

/s/ *Andrew Spivack*
Andrew Spivack
Attorney at Law (84439)
Brock & Scott, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
844-856-6646 x3017
704-369-0760
PABKR@brockandscott.com

20-12697 BKSUP01

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on <u>December 8, 2020</u> to the following:

Wayne Robert Stamp
202 Paper Mill Circle
Lincoln University, PA 19352

Stacy McGarr Stamp
202 Paper Mill Circle
Lincoln University, PA 19352

Jeffrey P. Bryman, Debtor's Attorney
jpb@bfmllaw.com


Christine C. Shubert, Bankruptcy Trustee
821 Wesley Avenue
Ocean City, NJ 08226

United States Trustee, US Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

                                                          /s/ *Andrew Spivack*
                                                          Andrew Spivack
                                                          Attorney at Law (84439)
                                                          Brock & Scott, PLLC
                                                          302 Fellowship Road, Suite 130
                                                          Mount Laurel, NJ 08054
                                                          844-856-6646 x3017
                                                          704-369-0760
                                                          PABKR@brockandscott.com

20-12697 BKSUP01